STATE OF NEW JERSEY v. ROBERT L. BRANCH.

Nov. 8, 1979. Petition for certification dismissed as having been improvidently granted. Justice Schreiber would reverse the Appellate Division and reinstate the conviction.

STATE OF NEW JERSEY v. STEVEN WILLIAMS.

Nov. 13, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOHNNIE MAE AYLER.

Nov. 13, 1979. Petition for certification is granted and the matter is summarily remanded to the trial court for resentencing.

WAKEFERN FOOD CORP.

v.

FOODARAMA SUPERMARKETS, INC.

Nov. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. JOSE L. SOLIS.

Nov. 20, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD PATRIGNANI.

Nov. 20, 1979. Petition for certification denied.